WCW Slam Jam 1 – Highspots.com – Highspots.com

# HIGHSPOTS

WRESTLING    MMA    VIDEO ON DEMAND    RINGS WRESTLING SCHOOL    HIGHSPOTS eBAY AUCTIONS

Shopping Cart    |    My Account    |    Help Center    |    Blog

| Gear | Rings | Masks | Title Belts | DVD | VHS | Figures | Shirts/Apparel | Books/Magazines | CDs/Music | Memorabilia | Tickets | MMA |

**SHOP BY CATEGORY**
- Daffney Online Store
- Wrestling Gear
- Wrestling Rings
- Title Belts
- Wrestling Masks
- DVD
- VHS
- Wrestling Figures
- Shirts/Apparel
- Books/Magazines
- CDs/Music
- Memorabilia
- Tickets
- Video On Demand
- Mixed Martial Arts
- Shop Preorders

**SHOP BY COMPANY**
- WWE
- TNA
- PWG
- UWF
- Full Impact Pro
- AJPW
- View All

**SHOP BY WRESTLER**
- A.J. Styles
- John Cena
- Lita
- Rey Mysterio
- Torrie Wilson
- Triple H
- View All

**SEARCH**
[    ] GO

**NEWSLETTER**
Sign up for weekly deals and news from Highspots!
Your Email [    ] GO
⦿ HTML  ○ TEXT

**Highspots Resources**
- About Highspots
- Affiliate Program
- Contact Us
- Help Center
- Highspots Blog
- Event Calendar
- Help Center
- Track Your Order

## WCW SLAM JAM 1

SKU: cd18



PLACE ORDER HERE

**Price: $12.99**

### ONLY THREE COPIES REMAIN

**DESCRIPTION**

This is a factory-sealed original CD.

Features theme songs of the WCW stars. 11 tracks.

1) Don't Step to Ron (Simmons)
2) Man Called Sting
3) Mr. Bang Bang (Cactus)
4) Master of the DDT (Jake Roberts)
5) Freebird Forever (Hayes)
6) Simply Ravishing (Rude)
7) Johnny B Badd
8) The Natural (Dustin Rhodes)
9) The Dragon (Steamboat)
10) He's Smokin (Windham)
11) Steinerized (Steiners)

Released in 1992.

**REVIEWS**

**Average Customer Rating:** ★★★★ Based on 3 reviews. Write a review

**Rating:** ★★★★★ - **WCW Slam Jam**
Reviewer: **Ruben** from Palmdale, California
Great old school WCW theme songs. A MUST for WCW fans everywhere!

**Rating:** ★★★★★ - **WCW Slam Jam**
Reviewer: **Adam** from Malone, New York
I Gave It A 5 Because It Brings Back Memorys From The Early Days Of WCW I Think This IS A Great Cd.

**Rating:** ★★★ - **So So.....**
Reviewer: **lowbro** from Decatur, Illinois
A few good tracks from the ole days.

http://www.highspots.com/product.aspx?id=559&category=110

6/28/08 5:56 PM

# HIGHSPOTS

WRESTLING  MMA  VIDEO ON DEMAND  RINGS WRESTLING SCHOOL  HIGHSPOTS eBAY AUCTIONS

Shopping Cart | My Account | Help Center | Blog

| Gear | Rings | Masks | Title Belts | DVD | VHS | Figures | Shirts/Apparel | Books/Magazines | CDs/Music | Memorabilia | Tickets | MMA |

### SHOP BY CATEGORY
- Daffney Online Store
- Wrestling Gear
- Wrestling Rings
- Title Belts
- Wrestling Masks
- DVD
- VHS
- Wrestling Figures
- Shirts/Apparel
- Books/Magazines
- CDs/Music
- Memorabilia
- Tickets
- Video On Demand
- Mixed Martial Arts
- Shop Preorders

### SHOP BY COMPANY
- WWE
- TNA
- PWG
- UWF
- Full Impact Pro
- AJPW
- View All

### SHOP BY WRESTLER
- A.J. Styles
- John Cena
- Lita
- Rey Mysterio
- Torrie Wilson
- Triple H
- View All

### SEARCH

[    ] GO

### NEWSLETTER

Sign up for weekly deals and news from Highspots!

Your Email [    ] GO

◉ HTML ○ TEXT

### Highspots Resources
- About Highspots
- Affiliate Program
- Contact Us
- Help Center
- Highspots Blog
- Event Calendar
- Help Center
- Track Your Order

## OFF THE STREETS: MICHAEL HAYES AND THE BADSTREET BAND

SKU: cd19

PLACE ORDER HERE

Price: $9.99

Quantity: 1   ADD TO CART

### DESCRIPTION

This is a factory-sealed original CD.

11 track CD featuring the Fabulous Freebirds theme songs, "Badstreet U.S.A." and "Boy are Back in Town."

Released in 1987.

### REVIEWS

**Average Customer Rating:** ★★★★★ Based on 3 reviews. Write a review

**Rating:** ★★★★★ - **Badstreet U. S. A.**
Reviewer: **Ruben** from Palmdale, California
"Badstreet U. S. A." is the greatest wrestling theme song....EVER!!! This is a MUST for any one who calls themselves a wrestling fan!! Also, a great cover of Thin Lizzy's "The Boys Are Back In Town".

**Rating:** ★★★★★ -
Reviewer: **Bill** from Macedonia, Ohio
This CD is better than I thought it would be! If you're a fan of rock music, the Freebirds, or Handsome Doc Hendricks, PICK THIS UP NOW! I hope to someday meet the legend Michael Hayes and compliment him on this MASTERPIECE! I listen to this CD every day. - Bill 3-16-2008

**Rating:** ★★★★★ - **Freebirds 4Ever**
Reviewer: **angelface372001** from Kokomo, Indiana
This is a great album. Michael Hayes does a great cover of Boys are banck in town.

http://www.highspots.com/product.asp?id=560&category=110

➡ Back to order details



Date printed: Oct-26-09

## Payment Summary

| | |
|---|---|
| **Status:** | Paid with PayPal on Oct 26, 2009. |
| **Seller:** | highspots.com |
| **Buyer:** | jimmy5002 |

## Shipping

| | |
|---|---|
| **Seller should ship to:** | **Ship to** |
| | **Nicky Dominick** |
| | 1628 Canyon Oaks Dr |
| | Irving TX 75061 |
| | United States |
| | (972) 322-1414 |

## Payment

| Item Name | Shipping | Qty | Price |
|---|---|---|---|
| Off The Streets: Michael Hayes Badstreet CD, WCCW WWE,110361544559 | US Postal Service Priority Mail: US $5.25 Estimated delivery: October 29 - October 30, 2009 | 1 | US $9.99 |

| | |
|---|---|
| Subtotal: | US $9.99 |
| Shipping & handling: | US $5.25 |
| **Total:** | **US $15.24** |

| | |
|---|---|
| **Payment Instructions:** | Our preferred method of payment is PayPal. Credit card payments can be made by calling us at 704-364-7818 to process your VISA or MasterCard. |
| **Payment details:** | PayPal |

Copyright © 1995-2009 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

Badstreet USA Baseball Cap - Highspots.com



MY VIDEOS | MY ACCOUNT | SHOPPING CART

FOR FANS    FOR WRESTLERS    FOR PROMOTERS    Search

## BADSTREET USA BASEBALL CAP

Like  0    2 people like this. Be the first of your friends.

**NEWSLETTER**
Highspots!
Sign up for weekly deals and news from

**Enter Your Email:**






**SHOP BY CATEGORY**
Clearance
Wrestling Gear
Wrestling Rings
Wrestling Masks
Title Belts
Trophy Belts
DVD
VHS
Wrestling Figures
Shirts/Apparel
Books
Magazines
Memorabilia
Novelties
Tickets
Mixed Martial Arts
Fan Pack Specials
Video Downloads

**SHOP BY WRESTLER**
CM Punk
John Cena
Rob Van Dam
Kevin Steen
Rey Mysterio
View All

**SHOP BY COMPANY**
Ring of Honor
Dragon Gate USA
PWG
WWE
TNA
UWF
Full Impact Pro
View All

**RESOURCES**
About Highspots
Affiliate Program
Contact Us
Help Center
Event Calendar
Help Center

**PLACE ORDER HERE**
Price: $9.99
SKU: badstreet_hat
Quantity: 1

**DESCRIPTION**
Badstreet USA baseball cap.
Adjusts in the back.

**REVIEWS**
There are currently no user reviews for this product. Be the first to write a review! Tell other customers what you think! Write a review

MY VIDEOS | MY ACCOUNT | SHOPPING CART

FOR FANS    FOR WRESTLERS    FOR PROMOTERS    Search



# BEST OF THE VON ERICHS VOL. 1DVD

Like  0    2 people like this. Be the first of your friends.

**PLACE ORDER HERE**

Kevin Von Erich
Best of the Von Erichs

**Price:** $16.99
**SKU:** best_of_von_erichs_vol_1_dvd

Quantity: 1

### DESCRIPTION

The Von Erichs were the All-American Golden Boys of professional wrestling from the late 1970s to mid 1980s. The brothers followed their father, Fritz, who was a famous pro wrestler during the early years of the sport. Their success and incredible popularity left an extraordinary legacy on the world of wrestling. They were to become THE family dynasty of professional wrestling, until one by one, they began to meet with tragic and untimely deaths. Today, Kevin Von Erich is the last remaining of the brothers. After 19 years in the ring, Kevin is releasing footage for the fans in the upcoming release of THE BEST OF THE VON ERICHS. This Special Edition DVD will feature David, Kerry, Mike and Kevin at their best. Relive some of their best matches selected by Kevin Von Erich himself. The matches include:

- Kerry, Kevin, David Von Erich & Iceman King Parsons vs. The Fabulous Freebirds
- Six-Man Tag Team Championship match with David, Kerry & Kevin Von Erich vs. The Fabulous Freebirds
- Kevin Von Erich vs. Chris Adams at the Cotton Bowl
- Kerry Von Erich vs. Michael Hayes
- Kerry Von Erich vs. Gino Hernandez
- Kevin Von Erich vs. Chris Adams at the Reunion Arena
- Kerry Von Erich vs. Terry Gordy

### DVD Extras

- Introduction and close by Kevin Von Erich
- Match commentaries by Kevin Von Erich and David Manning
- Interview with Kevin Erich and a tour of the Von Erich Family Ranch
- Interview out-takes
- Photo album
- Match Selection menu
- Bios on Kevin, Kerry, Mike and David Von Erich

### Product Details

- **Encoding:** Region 1 (U.S. and Canada only. This DVD will probably NOT be viewable in other countries.)

### REVIEWS

**Average Customer Rating:** ★★★★★ Based on 5 reviews. Write a review

**Rating:** ★★★★★ - **best of the vonerichs**
Reviewer: **jason from lebanon, Missouri**
well worth the money--I thoroughly enjoyed it

**Rating:** ★★★★★ - **Best of the Von Erichs DVD**
Reviewer: **MDW V2.0 from Laredo, Texas**

---

**NEWSLETTER**

Sign up for weekly deals and news from Highspots!

Enter Your Email:

**VIDEO DOWNLOADS**

**SHOP BY CATEGORY**
$9.99 DVD Special
5 Dollar Wrestling
Multi Disc Sets
Shoot Interviews
Force 1
Best Of...
Classic Memphis
Classic Wrestling
Combat Zone
Compilations
Convention/Q&A
Documentaries
Dragon Gate USA
ECW
Evolve
Full Impact Pro
Independent Wrestling
IWA Mid-South
Japanese Wrestling
Lucha Libre
Miscellaneous DVDs
Mixed Martial Arts
Northeast Wrestling
Pro Wrestling Guerrilla
Ring Of Honor
St. Louis Wrestling
The Hardy Show
TNA
UWF
Womens Wrestling
WWE

**SHOP BY WRESTLER**
CM Punk
John Cena
Rob Van Dam
Kevin Steen
Rey Mysterio
View All

**SHOP BY COMPANY**
Ring of Honor
Dragon Gate USA
PWG